```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**BRENDA LEE COMBS,**

      **Plaintiff,**

**v.**                                       **Civil Action No. 2:17-cv-3157**

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

      **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendations of United States Magistrate Judge Dwane L. Tinsley, entered on June 27, 2018; and the magistrate judge having recommended that the court grant defendant's motion for remand, reverse the final decision of the Commissioner, remand this case for further proceedings, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendations, it is ORDERED that:

    1. The findings made in the Proposed Findings and Recommendations of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

2. The defendant's motion for remand be, and it hereby is, granted;

3. The final decision of the Commissioner be, and it hereby is, reversed;

4. This action be, and it hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings as more fully set forth in the magistrate judge's Proposed Findings and Recommendation; and

5. This action be, and it hereby is, dismissed and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and to United States Magistrate Dwane L. Tinsley.

DATED: July 23, 2018

John T. Copenhaver, Jr.
United States District Judge